

**FILED**

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0056





# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0056

STATE OF MONTANA,

    Plaintiff and Appellee,

  v.

                                         **GRANT OF EXTENSION**

MONTY TERKILDSEN,

    Defendant and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until April 26, 2023, to prepare, file, and serve the Appellant's Opening brief.

DATED this March 27, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Austin Miles Knudsen, Stephen A. Gannon